## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CHRISTOPHER LEWIS ADAMS, ) | |
| Plaintiff, ) | |
| vs. ) | No. 1:09-cv-0032-LJM-JMS |
| ) | |
| MR. RANDY BALLNGER, M.A., et al., ) | |
| ) | |
| Defendants. ) | |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendants' motion for summary judgment is granted, that judgment is entered for the defendants and against the plaintiff, and that the plaintiff take nothing by his complaint.

Date: 06/08/2010

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

James F. Bleeke
jim@sweetinbleeke.com

Jeb Adam Crandall
jeb@sweetinbleeke.com

Brandon G. Milster
brandon@sweetinbleeke.com

Christopher Lewis Adams  DOC #135805
Pendleton Correctional Facility
4490 West Reformatory Road
Pendleton, IN 46064