UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CHRISTOPHER LEWIS ADAMS,                )<br>                                                                 )<br>                    Plaintiff,                        )<br>    vs.                                                        )        No. 1:09-cv-0032-LJM-JMS<br>                                                                 )<br>MR. RANDY BALLNGER, M.A., et al.,    )<br>                                                                 )<br>                    Defendants.                    ) | |

# E N T R Y

This civil rights action was closed many months ago through the entry of summary judgment in favor of the defendants. The court is not in a position to supply information such as that seemingly sought by the plaintiff in his filing of October 26, 2010. Accordingly, the plaintiff's request for that information (dkt 88) is **denied**.

**IT IS SO ORDERED.**

Date:  10/28/2010

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

James F. Bleeke
jim@sweetinbleeke.com

Jeb Adam Crandall
jeb@sweetinbleeke.com

Brandon G. Milster
brandon@sweetinbleeke.com

Christopher Lewis Adams  DOC #135805
Pendleton Correctional Facility
4490 West Reformatory Road
Pendleton, IN 46064