**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| CHRISTOPHER LEWIS ADAMS,    )  <br>                                                         )  <br>                    Plaintiff,         )  <br>    vs.                                              )    No. 1:09-cv-0032-LJM-JMS  <br>                                                         )  <br>MR. RANDY BALLNGER, M.A., et al.,  )  <br>                                                         )  <br>                    Defendants.    ) | |

**E N T R Y**

The plaintiff's motion for summary judgment (dkt 94) is **denied** because final judgment has been entered and no matter remains for resolution.

**IT IS SO ORDERED.**

Date:  11/19/2010

*[signature]*
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

James F. Bleeke
jim@sweetinbleeke.com

Jeb Adam Crandall
jeb@sweetinbleeke.com

Brandon G. Milster
brandon@sweetinbleeke.com

Christopher Lewis Adams  DOC #135805
Pendleton Correctional Facility
4490 West Reformatory Road
Pendleton, IN 46064