January 14, 2013

FILED
U.S. DISTRICT COURT Monday 1:19 PM
INDIANAPOLIS DIVISION

2013 JAN 32 PM 3:06

Re: Adams v. Ballinger, et al.
SOUTHERN DISTRICT
Cause Number OF INDIANA 1:09-cv-0032-LJM-MJD
LAURA A. BRIGGS
CLERK

Dear Judge Mark J Dinsmore

   The reason why I am writing you this letter is to let you know that I need a lawyer that is not biased to represent me in court pro bono to help me get the mental health counseling and female hormone therapy I need to prove my gender with that the (CMS) Corizon Medical Services at the Pendleton Correctional Facility denied me the right to get my sex change done with at my own cost to get completely castrated to change my life for the way that I feel about myself inside to live a normal life of my own as being a productive and contributing member to my community and family without having sex with anymore teenage or women that I can use to satisfy my sexual desires for the crime that I did just to let you know. As to I would like to let you know that I got a learning disability and can not read or spell to good to represent myself in court to get justice for the way that I feel about myself inside and all the sexual abuse and things that happen to me in prison for the crime that I did from being depressed about my gender and all the sexual abuse and things that happen to me that led to my crime to begin with after my spouse left me and my daughter for someone else and got murdered in 1999, after I got her arrested for beating me up several times to get me to do things for her to make her happy to begin with just to let you know.

Sincerely Yours Truly